Dated : January 23, 2014

FILED

JAN 31 2014

U.S. Court of Appeals
Fourth Circuit

Steven H. Levin, Esq.
Attorney at Law
201 N. Charles St. Suite 2000
Balitmore, Maryland 21201

Re : <u>U.S. V. Caldwell</u>      [Request to supplement
    <u>No.# 13-4180</u>        appellate brief base
                               on U.S. V. Hilton]

Dear Mr. Levin :

    Please be advise that I would like for you to peruse <u>U.S. V. Hilton</u>, 701 F.3d 959 (4th Cir. 2012). I believe that this ruling is applicable to my case : it distinguishes the meaning of specific individual and corporation identity theft and aggravated identity theft in violation of 18 U.S.C. §§ 1028 (a)(7) and 1028 (A) - for liability purposes.

    Pursuant to <u>Hilton</u>, the district courtmay have erred by holding me liable for both individual and corporate victims in computing my base offense level at sentencing, and my guilty plea may have been entered unknowingly and involuntarily, when the court advised me of this particular statute during the Rule 11 colloquy.

    Please let me know will you supplement the Hilton's principles to my appeal, and if not, why ?

    Thanks for cooperation again.

Sincerely

*LaVn R Caldwell*
Lavon R. Caldwell
Reg. No.# 42909-037
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ. 08640

Clerk of Court
4th Cir.

RECEIVED 2014 JAN 31 AM 10:02 U.S. COURT OF APPEALS FOURTH CIRCUIT

LAVON CALDWELL 42909037
FCI FORT DIX
P.O. Box 2000
Fort Dix, NJ 08640

TRENTON NJ 085
30 JAN 2014 PM 3 L

JAN 31 2014

Clerk of Court
United States Court of Appeals
For the Fourth Circuit
1100 E. Main Street
Richmond, VA. 23219

23219585959